# In the United States Court of Federal Claims

No. 18-1118C

(Filed September 16, 2019)

NOT FOR PUBLICATION

```
* * * * * * * * * * * * * * * *
                               *
                               *
                               *
FAREED SEPEHRY-FARD,           *
                               *
             Plaintiff,        *
                               *
    v.                         *
                               *
THE UNITED STATES,             *
                               *
             Defendant.        *
                               *
* * * * * * * * * * * * * * * *
```

## ORDER

Plaintiff's case was dismissed on August 30, 2019, for lack of subject-matter jurisdiction. *Sepehry-Fard v. United States*, No. 18-1118C, 2019 WL 4137497 (Fed. Cl. Aug. 30, 2019). On September 13, 2019, plaintiff filed a motion requesting an enlargement of the time period in which he must file a Rule 59(e) reconsideration motion or a Rule 60 motion for relief from judgment. ECF. No. 19. Plaintiff also moved to seal the exhibits attached to his filing and to stay all proceedings for health reasons. *Id.* But according to Rule 6(b)(2) of the Rules of the United States Court of Federal Claims (RCFC), "[t]he court must not extend the time to act under RCFC 52(b), *59(b), (d), and (e), and 60(b).*" RCFC 6(b)(2) (emphasis added). The Federal Circuit has held that these deadlines are "firm" and "not to be altered even by the court." *Progressive Indus., Inc. v. United States*, 888 F.3d 1248, 1255 (Fed. Cir. 2018). Accordingly, Mr. Sepehry-Fard's motion for an enlargement of the time period for filing RCFC 59(e) and RCFC 60 motions is **DENIED**. Similarly, his motion for a stay of proceedings, which would amount to the same thing as a time extension, must also be **DENIED**. Plaintiff's motion for leave to file under seal the letter to his physician is **GRANTED**.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Senior Judge